CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MARTA VANLANDINGHAM (Bar No. 251661)
E-Mail: Marta_VanLandingham@fd.org
DEVON PORTER (Bar No. 308365)
E-Mail: Devon_Porter@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Petitioner
KEITH THOMAS LOKER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KEITH THOMAS LOKER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>OAK SMITH, Acting Warden, California State Prison at San Quentin,<br><br>　　　　　Respondent. | Case No. CV 18-2429-AB<br><br>**DEATH PENALTY CASE**<br><br>**STATUS REPORT** |

Pursuant to the Court's order of March 24, 2020, Petitioner Keith Thomas Loker submits this report on the status of the state exhaustion proceedings. In sum, there has been no change to the status since Loker submitted his last report.

On April 9, 2020, Loker filed a Petition for Writ of Habeas Corpus in the California Supreme Court. On April 22, 2020, the California Supreme Court transferred the Petition to the San Bernardino County Superior Court, pursuant to Cal. Penal Code section 1509(a). On October 29, 2020, the Superior Court stayed Loker's case pending the outcome in *In re Jack Friend* (California Supreme Court Case No. S256914). The California Supreme Court issued an opinion in *Friend* on June 28, 2021, 11 Cal. 5th 720 (2021), *as modified* (Sept. 1, 2021), which became final on September 24, 2021. Subsequently, the parties submitted briefs arguing how the *Friend* decision applied to the pending Petition. The briefing was completed on July 8, 2022. On October 11, 2022, the Superior Court held a hearing to receive oral argument from the parties on the issues of whether Loker's claims are successive and the effect of other changes to the law after promulgation of Proposition 66 on Loker's petition.

On December 16, 2022, the Superior Court issued an order dismissing Loker's exhaustion Petition as successive. The California Court of Appeal then ordered the Superior Court to rule as well on whether a Certificate of Appealability ("COA") should be issued; on February 3, 2023, the Superior Court amended its order dismissing the Petition to deny Loker a COA on any claims.

Loker then filed a Notice of Appeal on both the dismissal of the claims as successive and the denial of a COA. On March 15, 2023, the California Court of Appeal granted a COA as to one claim in Loker's petition, finding that "Loker has made a preliminary showing of a substantial claim that his trial counsel was ineffective for failing to present the expert testimony of a social historian and that this claim meets the requirements of section 1509, subdivision (d) because counsel representing him in his first habeas corpus petition was ineffective for failing to pursue the claim." Thus

1

Loker's Petition is currently on appeal at the California Court of Appeal, Fourth District, Division Two.

Pursuant to the Court's order, Petitioner will continue to update the Court every 90 days on the status of the state court proceedings.

                                          Respectfully submitted,

                                          CUAUHTEMOC ORTEGA
Federal Public Defender
DEVON PORTER
Deputy Federal Public Defender

DATED:  September 18, 2023        By  */s/ Marta VanLandingham*
                                            MARTA VANLANDINGHAM
Deputy Federal Public Defender

                                            Attorneys for Petitioner
KEITH THOMAS LOKER